IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA JAMES LEROY ANDERSON,

      Plaintiff,              No. 2:08-cv-0560 FCD JFM (PC)

  vs.

SHASTA COUNTY MAIN JAIL, et al.,

      Defendants.        <u>ORDER</u>

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed June 16, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On June 26, 2008, plaintiff submitted the USM-285 forms but failed to file the copies of the complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send a copy of the complaint filed by plaintiff on March 12, 2008; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court four copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: July 1, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
ande0560.8f