IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA JAMES LEROY ANDERSON,

        Plaintiff,                No. 2:08-cv-0560 FCD JFM (PC)

    vs.

SHASTA COUNTY MAIN JAIL, et al.,

        Defendants.         ORDER

_____/

        Plaintiff has filed a six page document, each page of which is styled "New Evidence." Plaintiff is informed that evidence in support of plaintiff's claims shall not be filed with the court unless and until the claims are placed in issue by a dispositive motion or as directed by the court.

        Accordingly, IT IS HEREBY ORDERED that the six page document filed by plaintiff on July 28, 2008 will be placed in the court file and disregarded.

DATED: July 31, 2008.

                                            UNITED STATES MAGISTRATE JUDGE

12/ande0560.o