IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA JAMES LEROY ANDERSON,

    Plaintiff,                    No. 2:08-cv-0560 FCD JFM (PC)

  vs.

SHASTA COUNTY MAIN JAIL, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has filed a document styled as a "Request for Interrogatories" and "Stipulation #2." Plaintiff is informed that court permission is not necessary for discovery requests. Neither discovery requests served on an opposing party nor that party's responses, nor documents confirming the sending of such documents, should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Plaintiff also states he "accidently stated this [case was] a class action." (June 30, 2009 Filing at 3.) Plaintiff is advised that this case is proceeding as to plaintiff only and has not been construed as a class action.

/////

1

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's June 29, 2009 request for interrogatories (#27) and June 30, 2009 stipulation (#28) will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

DATED: July 7, 2009.

                                     UNITED STATES MAGISTRATE JUDGE

/mp/001
ande0560.411