IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA JAMES LEROY ANDERSON,

    Plaintiff,    No. 2:08-cv-0560 FCD JFM (PC)

  vs.

SHASTA COUNTY MAIN JAIL, et al.,

    Defendants.    ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 13, 2009, plaintiff filed a document styled as a motion to withdraw the lawsuit. The court construes as a request for voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. On July 27, 2009, defendants filed a statement of non-opposition to plaintiff's request together with a proposed order for dismissal of this action without prejudice. Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 41(a).

DATED: July 29, 2009.

                /s/ John F. Moulds
                UNITED STATES MAGISTRATE JUDGE

12/ande0560.dm